

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2020

No. 04-19-00868-CV

Sam **YOUNGBLOOD;** Daniel P. Diepenhorst; Citrus Holdings, LLC; John William Hayes; Bob Warshawer; Jay McAnnelly; Ehrenberg Chesler Capital Partners, LLC; Ernest T. Wakabayashi, Individually and as Trustee of The Wakabayashi Trust; Gil Hodge; Patricia Hodge; Carter Speer; and Kai Wakabayashi (Cross-Appellee),
Appellants

v.

Phil **ZACCARIA** and Pioneer C-Stores Management, Inc. (Cross-Appellant),
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI19312
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellants have filed an unopposed motion for extension of time in which to file their brief, requesting the deadline be extended to February 4, 2020. Appellants' motion is GRANTED. Additionally, cross-appellants/appellees have filed a motion in which they request they "be permitted to present [their] brief on the merits … by inclusion in [their] brief in response" to appellants' brief on the merits. Cross-appellants' motion is GRANTED.

Appellants' brief is due on or before February 4, 2020. Cross-appellants'/appellees' brief is due within twenty days after appellants' brief is filed.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2020.



MICHAEL A. CRUZ,
Clerk of Court